# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 09, 2025

Simon Patrick Dray
S. Patrick Dray, PA
11900 BISCAYNE BLVD STE 459
NORTH MIAMI, FL 33181

Appeal Number: 25-11519-F
Case Style: USA v. Schnaider Cesar, et al
District Court Docket No: 1:23-cr-20336-DSL-3

Party To Be Represented: Oscar Banden Burns

Dear Appointed Counsel:

You have been appointed to represent the above-named individual on appeal pursuant to the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. The compensation you will receive will be based on the provisions of the CJA, Volume 7 of the *Guide to Judiciary Policy*, and Addendum Four to the Eleventh Circuit Rules.

CJA eVoucher System
Information, documentation, and a link to the CJA eVoucher application are available at http://www.ca11.uscourts.gov/attorney-info/criminal-justice-act. For questions concerning eVoucher please contact the Clerk's Office CJA Team at cja_evoucher@ca11.uscourts.gov or 404-335-6167. For all other questions, please call the appropriate number shown below.

Your claim for compensation under the CJA should be submitted no later than 45 days after issuance of the mandate or the filing of a petition for a writ of certiorari, whichever is later. When you submit your voucher, include a description of the services you provided and upload in eVoucher each brief, petition for rehearing, and certiorari petition you filed on behalf of your client.

Required Filings
Please review the docket, as well as the Federal Rules of Appellate Procedure and accompanying circuit rules, to determine if any additional action is needed at this time. *See, e.g.,* 11th Cir. R. 10-1 (Ordering the Transcript) and 11th Cir. R. 26.1-1 (Certificate of Interested Persons and Corporate Disclosure Statement (CIP)).

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. <u>See</u> 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CJA-1 Appointment of Counsel Notice