IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **25-11519-F**

United States of America,

Appellee,

- versus -

Schnaider Cesar, et al.,

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**AMENDED
UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Jason A. Reding Quiñones
United States Attorney
Attorney for Appellee
99 NE 4th Street
Miami, Florida 33132
(305) 961-9172

George E. Doty III
Chief, Appellate Division

Tatiana G. Pino
Assistant United States Attorney

Of Counsel

**United States v. Schnaider Cesar, et. al., Case No. 25-11519-F**
**United States <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement**

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-4, the

undersigned certifies that the list set forth below is a complete list of the persons and

entities previously included on our CIP, and also includes additional persons and

entities (designated in bold face) who have an interest in the outcome of this case.

Altonaga, Alyssa Maria

Becerra, Hon. Jacqueline

Becker, Abigail Emily

Blanc, Rayneo

Burns, Oscar Banden

Caso, Jessica

Cesar, Schnaider

Davis, Michael S.

Diaz Espinosa, Stefan Rafael

Donet, Jr., David A.

Dopico, Hector

**Doty, George E. III**

Dray, Simon Patrick

Friedman, Jonathan S.

**United States v. Schnaider Cesar, et. al., Case No. 25-11519-F
United States <u>Amended</u> Notice Concerning Certificate of Interested
Persons and Corporate Disclosure Statement (continued)**

Gilbert, Jean-Pierre

Hernandez, Yeney

Kahn, Roy Jeffrey

Kirkpatrick, Lynn

Lapointe, Markenzy

Latta, Brooke

Leibowitz, Hon. David S.

Lomax, Adebunmi,

Louis, Hon. Lauren Fleischer

Matzkin, Daniel

Mcmillan, Larry Thomas

Miranda, Annika Marie

Noonan-Pomada, Elizabeth

O'Byrne, Hon. Hayden P.

O'Neal, Corey

Otazo-Reyes, Hon. Alicia M.

**Perwin, Amanda**

**Pino, Tatiana G.**

**United States v. Schnaider Cesar, et. al., Case No. 25-11519-F**
**United States <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (continued)**

Reid, Hon. Lisette M.

Victim

Williams, Hon. Kathleen M.

*/s/Tatiana G. Pino*
Tatiana G. Pino
Assistant United States Attorney
99 NE 4th Street
Miami, Florida 33132
(305) 961-9172
tatiana.g.pino@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 13, 2026, the foregoing Amended Certificate of Interested Persons was filed using CM/ECF and that on the same day the Certificate of Interested Persons was served via CM/ECF on all counsel of record.

/s/Tatiana G. Pino
Tatiana G. Pino
Assistant United States Attorney

*jp*