# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11519

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

SCHNAIDER CESAR,
OSCAR BANDEN BURNS,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cr-20336-DSL-3

_____

ORDER:

The motion for an extension of time to and including July 6, 2026 to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

_____
UNITED STATES CIRCUIT JUDGE